UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERCO BRIDGE LOANS 6 LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>GREGG SCHENKER, et al.,<br><br>                    Defendants. | 23-CV-11093 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

       An initial pretrial conference was held on March 19, 2024, at 11:00 a.m. ET. As discussed during the conference, parties shall meet and confer in good faith and propose a briefing schedule and page limits for Defendants' anticipated Motion to Dismiss and Plaintiff's forthcoming Partial Summary Judgment by **March 29, 2024**.

       SO ORDERED.

Dated: March 19, 2024
       New York, New York

                                                                    DALE E. HO
                                                    United States District Judge