UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERCO BRIDGE LOANS 6 LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GREGG SCHENKER, et al.,<br><br>        Defendants. | 23-CV-11093 (DEH)<br><br>**<u>ORDER</u>** |

DALE E. HO, United States District Judge:

  Defendants filed a letter seeking a pre-motion conference to move for sanctions pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(iv), 37(d)(1)(A)(i), and 37(d)(3).  *See* ECF No. 62.  Under this Court's Rule 4(a) of Individual Rules and Practices in Civil Cases, "pre-motion letters and conferences are not required" generally.  Accordingly, Defendants may file a motion for sanctions without a pre-motion conference.

  Separately, Plaintiff filed a letter-motion, requesting the Court to enter a confidentiality order with the inclusion of an "Attorney's Eyes Only" (AEO) designation.  *See* ECF No. 68.  The Court may enter a confidentiality order proposed *jointly* by the parties.  Plaintiff, however, conveyed that the parties have conferred and reached an impasse.  *Id.*  The Court construes Plaintiff's letter, ECF No. 68, as a letter-motion for a protective order pursuant to Fed. R. Civ. P. 26(c).  Defendants may file a letter in response, not to exceed two pages, by **June 12, 2024**.

  The Clerk of Court is respectfully directed to close ECF Nos. 62 and 68.

  SO ORDERED.

Dated: June 7, 2024
   New York, New York

                                                          DALE E. HO  
                                       United States District Judge

2