UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERCO BRIDGE LOANS 6 LLC,<br><br>                      Plaintiff,<br><br>        v.<br><br>GREGG SCHENKER, *et al.*,<br><br>                      Defendants. | 23-CV-11093 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    Defendants filed a letter-motion requesting a conference so that Defendants can move to compel with respect to three discovery disputes. *See* ECF No. 77. Separately, Defendants filed a letter requesting a 45-day extension request for discovery. *See* ECF No. 81. Defendants noted that Plaintiff did not consent to the request. *Id.* By **June 28, 2024**, Plaintiff shall file a letter, not to exceed six (6) pages, in response to both Defendants' letters, ECF Nos. 77, 81.

    Finally, Defendants filed a Motion for Sanctions on June 24, 2024. *See* ECF Nos. 78. Plaintiff shall file its response by **July 12, 2024**. Defendants shall file its reply, if any, by **July 19, 2024.**

    The Clerk of Court is respectfully directed to close ECF Nos. 77 and 81.

    SO ORDERED.

Dated: June 25, 2024
       New York, New York

                                                        DALE E. HO
                                        United States District Judge