UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERCO BRIDGE LOANS 6 LLC, <br><br>        Plaintiff, <br><br>    v. <br><br> GREGG SCHENKER, et al., <br><br>        Defendants. | 23 Civ. 11093 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

  On August 23, 2024, Plaintiff seek (1) a case management conference and (2) a two-week extension of fact discovery. *See* ECF No. 129. On August 28, 2024, Defendants Gregg Schenker and Steven Hornstock's (collectively "Defendants") filed a letter in opposition. *See* ECF No. 137. For the reasons discussed below, the Court **GRANTS in part** Plaintiff's request.

  Under the Federal Rules of Civil Procedure, "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the . . . the importance of discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." Fed. R. Civ. P. 26(b)(1). And "district courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016). Indeed, "[a] trial court enjoys wide discretion in its handling of pre-trial discovery." *Cruden v. Bank of N.Y.*, 957 F.2d 961, 972 (2d Cir. 1992); *see In Re Agent Orange Prod. Liab. Litig.*, 517 F.3d 76, 103 (2d Cir. 2008) (stating that the district court has "wide latitude to determine the scope of discovery.").

  The Court **DENIES** Plaintiff's request for a case management conference and **GRANTS** the request to extend fact discovery for the *sole purpose* of completing the third-party

depositions. While the Court warned the parties that "further extensions of time will not be granted absent a showing of compelling circumstances and diligence in taking discovery." ECF No. 97. On the record before the Court, the Court finds that Plaintiff has established good cause for the short extension for the sole purpose of accommodating non-parties' schedules.

Accordingly, fact discovery is extended by two weeks for the sole purpose of deposing unavailable third-party witnesses.

The Clerk of Court is respectfully directed to close ECF No. 129.

SO ORDERED.

Dated: August 30, 2024
New York, New York

_____
DALE E. HO
United States District Judge