UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERCO BRIDGE LOANS 6 LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GREGG SCHENKER, et al.,<br><br>        Defendants. | 23 Civ. 11093 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On August 30, 2024, Plaintiff filed a letter-motion, *see* ECF No. 138, and Defendants filed two letter-motions, *see* ECF Nos. 140-41.  By **September 5, 2024**, Plaintiff shall file a single consolidated response to Defendants' letter-motions, not to exceed five pages.  By **September 5, 2024**, Defendants shall file a response, not to exceed three pages.

  SO ORDERED.

Dated: September 3, 2024
   New York, New York

                         DALE E. HO
                      United States District Judge