# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Gabriel Herrmann
Direct: +1 212.351.3974
Fax: +1 212.351.6251
GHerrmann@gibsondunn.com

September 27, 2024 — VIA ECF FILING

The Honorable Dale E. Ho, United States District Judge

Re:    *Cerco Bridge Loans 6 LLC v. Schenker et. al*, Case No. 23-cv-11093-DEH

May it please the Court:

Defendants in the above-captioned action write pursuant to Rule 6 of Your Honor's Individual Rules respectfully to request permission to file under provisional seal their contemporaneously filed letter motion, and the exhibits thereto. A Confidentiality Order has been entered in this action governing documents produced in discovery that have been designated as "confidential." *See* ECF 74. Defendants' letter motion quotes from and attaches documents produced by Plaintiff in discovery that Plaintiff has designated "confidential" pursuant to the Confidentiality Order.

In light of this, and having conferred with Plaintiff's counsel, Defendants are filing these materials under provisional seal in order to afford Plaintiff an opportunity to confirm whether it maintains that any portion or portions of Defendants' filing should remain under seal and, if so, to apprise the Court of the bases upon which it seeks to maintain such information under seal. Defendants take no position at this time as to the propriety of any request for sealing that Plaintiff may submit.

Respectfully,  */s/ Gabriel Herrmann*

Application **GRANTED.**

For the reasons stated above, ECF No. 147, shall remain temporarily sealed. Plaintiff shall have until **October 8, 2024** to seek permanent redactions. If no such request is filed by that date, ECF No. 147, shall be unsealed. If any such request is filed, ECF No. 147, shall remain temporarily sealed until the Court decides the letter-motion.

The Clerk of Court is respectfully requested to close ECF No. 146.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 1, 2024
New York, New York