UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERCO BRIDGE LOANS 6 LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>GREGG SCHENKER, et al.,<br><br>                        Defendants. | 23 Civ. 11093 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The case management conference in this matter scheduled for October 29, 2024 is adjourned *sine die*, pending resolution of the pending motion to dismiss and cross-motion for partial summary judgment.

SO ORDERED.

Dated: October 10, 2024
       New York, New York

                                                      DALE E. HO
                                             United States District Judge