**MEMO ENDORSED**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Gabriel Herrmann
Direct: +1 212.351.3974
Fax: +1 212.351.6251
GHerrmann@gibsondunn.com

December 2, 2024 — VIA ECF FILING

The Honorable Dale E. Ho, United States District Judge

Re:     *Cerco Bridge Loans 6 LLC v. Schenker et. al*, Case No. 23-cv-11093-DEH

May it please the Court:

Defendants write pursuant to Rule 6 of Your Honor's Individual Rules to request permission to file under provisional seal the exhibits to their contemporaneously filed letter motion. A Confidentiality Order has been entered in this action governing documents produced in discovery that have been designated as "confidential." *See* ECF 74. Defendants' letter motion quotes from and attaches two expert reports produced by Plaintiff in discovery that Plaintiff has designated "confidential" pursuant to the Confidentiality Order.

In light of this, Defendants are filing these materials under provisional seal in order to afford Plaintiff an opportunity to confirm whether it maintains that any portion of Defendants' filing should remain under seal and, if so, to apprise the Court of the bases upon which it seeks to maintain such information under seal. Defendants take no position at this time as to the propriety of any request for sealing that Plaintiff may submit.

Respectfully,

 /s/ Gabriel Herrmann

> Application GRANTED.
>
> For the reasons stated above, ECF No. 168 shall remain temporarily sealed. Plaintiff shall have until December 11, 2024 to file a letter-motion seeking permanent redactions. If no such request is filed by that date, ECF No. 168 shall be unsealed. If any such request is filed, ECF No. 168 shall remain temporarily sealed until the Court decides the letter-motion.
>
> The Clerk of Court is respectfully requested to close ECF No. 167.
>
> SO ORDERED.
>
> *[signature]*
>
> Dale E. Ho
> United States District Judge
> Dated: December 4, 2024
> New York, New York

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.