UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cerco Bridge Loans 6 LLC, | |
| Plaintiff, | |
| v. | 23-CV-11093 (DEH) |
| Gregg Schenker, et al., | ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

On February 26, 2025, the Court issued an Opinion & Order granting Defendants' Motion to Dismiss, denying Plaintiffs' Cross-Motion for Partial Summary Judgment, and granting in part Defendants' Motions for Sanctions. *See* ECF No. 188.

In light of the fact that Plaintiffs' attorneys have withdrawn and Plaintiff is currently without counsel, Defendants are hereby ORDERED to:

1. Serve a copy of the Opinion & Order, alongside this Order, on Plaintiff;

2. Serve a copy of the Opinion & Order, alongside this Order, on Plaintiff's former attorneys from Fox Rothschild; and

3. File proof of such service on the docket.

SO ORDERED.

Dated: February 27, 2025
New York, New York

_____
DALE E. HO
United States District Judge